1

2

3

4                         UNITED STATES DISTRICT COURT

5                        NORTHERN DISTRICT OF CALIFORNIA

6

7     TYSELLCROUSE, INC.,                      Case No.  15-cv-03832-RS

              Plaintiff,
8
                                               **CASE MANAGEMENT SCHEDULING**
9          v.                                  **ORDER**

10    SWAY MANAGEMENT, LLC, et al.,

              Defendants.
11

12          Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the parties attended a Case

13    Management Conference on December 10, 2015.  After considering the Joint Case Management

14    Statement submitted by the parties and consulting with the attorneys of record for the parties and

15    good cause appearing, IT IS HEREBY ORDERED THAT:

16          1.      ALTERNATIVE DISPUTE RESOLUTION.

17          MEDIATION.  The parties will seek to engage in private mediation on or before February

18    18, 2016.

19          2.      DISCOVERY.

20          Discovery shall be limited as follows: (a) ten (10) non-expert depositions per party; (b)

21    twenty-five (25) interrogatories per party, including all discrete subparts; (c) a reasonable number

22    of requests for production of documents or for inspection per party; and (d) a reasonable number

23    of requests for admission per party.

24          3.      DISCOVERY DISPUTES.

25          Discovery disputes will be referred to a Magistrate Judge.  After the parties have met and

26    conferred, the parties shall prepare a joint letter of not more than 8 pages explaining the dispute.

27    Up to 12 pages of attachments may be added.  The joint letter must be electronically filed under

28    the Civil Events category of "Motions and Related Filings > Motions--General > Discovery Letter

*United States District Court*
*Northern District of California*

Brief." The Magistrate Judge to whom the matter is assigned will advise the parties of how that Judge intends to proceed. The Magistrate Judge may issue a ruling, order more formal briefing, or set a telephone conference or a hearing. After a Magistrate Judge has been assigned, all further discovery matters shall be filed pursuant to that Judge's procedures.

        4.      FURTHER CASE MANAGEMENT CONFERENCE.

        A Further Case Management Conference shall be held on **March 10, 2016 at 10:00 a.m.** in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California. The parties shall file a Joint Case Management Statement at least one week prior to the Conference.

**IT IS SO ORDERED**.

Dated: December 10, 2015

_____

RICHARD SEEBORG
United States District Judge