1  Ellen A. Cirangle (SBN 164188)
   DANIELLE C. DOREMUS (SBN 274791)
2  LUBIN OLSON & NIEWIADOMSKI LLP
   The Transamerica Pyramid
3  600 Montgomery Street, 14th Floor
   San Francisco, CA  94111
4  Telephone:    (415) 981-0550
   Facsimile:    (415) 981-4343
5  ecirangle@lubinolson.com
   ddoremus@lubinolson.com
6
   Attorneys for Defendants and Cross-complainant
7  SWAY MANAGEMENT, LLC, a Delaware Limited
   Liability Company; STARWOOD WAYPOINT
8  RESIDENTIAL TRUST, a Maryland Corporation;
   WAYPOINT REAL ESTATE GROUP, a California
9  Limited Liability Company; and WAYPOINT
   HOMES, INC., a California Corporation
10

11                    UNITED STATES DISTRICT COURT

12                   NORTHERN DISTRICT OF CALIFORNIA

13                        SAN FRANCISCO DIVISION

14

| | |
|---|---|
| 15  TYSELLCROUSE, INC., a Delaware Corporation, | Case No.  15-cv-03832-RS |
| 16  Plaintiff, | |
| 17  v. | **JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO COMPLETE MEDIATION AND MOVE CASE MANAGEMENT CONFERENCE FROM MARCH 10, 2016 TO MARCH 24, 2016** |
| 18  SWAY MANAGEMENT, LLC, a Delaware Limited Liability Company; STARWOOD WAYPOINT RESIDENTIAL TRUST, a Maryland Corporation; WAYPOINT REAL ESTATE GROUP, a California Limited Liability Company; and WAYPOINT HOMES, INC., a California Corporation, | |
| 23  Defendant. | |

1  WHEREAS on December 10, 2015, this Court issued a Case Management Scheduling Order setting February 18, 2016 as the last day for parties to complete Private Mediation and March 10, 2016 as the date for the next Case Management Conference;

WHEREAS Counsel for Plaintiff Tysellcrouse, Inc. and Counsel for Defendant Sway Management, LLC, Starwood Waypoint Residential Trust, Waypoint Real Estate Group and Waypoint Homes, Inc. conferred on the selection of a Mediator and agreed to have the mediation on March 10, 2016.

WHEREAS the parties are now scheduled for mediation on March 10, 2016.

THEREFORE, pursuant to Federal Rule Civil Procedure 16(d), both parties stipulate to an extension of the deadline to complete mediation from February 18, 2016 to March 10, 2016. The parties further stipulate to continue the March 10, 2016 Case Management Conference to March 24, 2016 at 10:00a.m.

Respectfully Submitted:

Dated: February 11, 2016        LUBIN OLSON & NIEWIADOMSKI LLP


By: */s/ Ellen A. Cirangle*
ELLEN A. CIRANGLE
Attorneys for Defendants and Counterclaimants
SWAY MANAGEMENT, LLC;
STARWOOD WAYPOINT RESIDENTIAL
TRUST; WAYPOINT REAL ESTATE GROUP,
LLC; and WAYPOINT HOMES, INC.


Dated: February 11, 2016        BROWN, CHURCH & GEE LLP


By: /s/ Katherine F. Wenger
KATHERINE F. WENGER
Attorneys for Plaintiff
TYSELLCROUSE, INC.

[~~PROPOSED~~] ORDER

Pursuant to the Stipulation, it is **ORDERED** that:

This Court GRANTS the parties' request and AMENDS the deadline to complete mediation as set forth from February 18, 2016 to March 10, 2016. The Court GRANTS the parties' request and MOVES the Case Management Conference from March 10, 2016 to March 24, 2016 at 10:00a.m.

Dated: February 19, 2016

By: _____
RICHARD SEEBORG
United State District Judge