UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYSELLCROUSE, INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>SWAY MANAGEMENT, LLC, et al.,<br><br>    Defendants. | Case No. 15-cv-03832-RS<br><br>**FURTHER CASE MANAGEMENT SCHEDULING ORDER** |

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the parties attended a Case Management Conference on March 24, 2016. After considering the Joint Case Management Statement submitted by the parties and consulting with the attorneys of record for the parties and good cause appearing, IT IS HEREBY ORDERED THAT:

  1.  DISCOVERY.

  On or before September 2, 2016, all non-expert discovery shall be completed by the parties.

  2.  EXPERT WITNESSES.

  The disclosure and discovery of expert witnesses shall proceed as follows:

    a. On or before July 22, 2016, parties will designate experts in accordance with Federal Rule of Civil Procedure 26(a)(2).

    b. On or before August 12, 2016, parties will designate their supplemental and rebuttal experts in accordance with Federal Rule of Civil Procedure 26(a)(2).

    c. On or before September 2, 2016, all discovery of expert witnesses pursuant to Federal Rule of Civil Procedure 26(b)(4) shall be completed.

  3.  PRETRIAL MOTIONS.

  All dispositive pretrial motions must be filed and served pursuant to Civil Local Rule 7.

Each party is limited to one motion for summary judgment absent leave of Court. All pretrial motions shall be heard no later than September 22, 2016.

4. PRETRIAL CONFERENCE.

The final pretrial conference will be held on **November 17, 2016, at 10:00 a.m.**, in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California. Each party or lead counsel who will try the case shall attend personally.

5. TRIAL DATE.

A jury trial shall commence on **December 5, 2016, at 9:00 a.m.**, in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.

**IT IS SO ORDERED**.

Dated: March 24, 2016

_____
RICHARD SEEBORG
United States District Judge