1  Michael K. Brown (SBN 106975)
   Katherine F. Wenger (SBN 223045)
2  Audrey A. Gee (SBN 180988)
   BROWN, GEE & WENGER LLP
3  200 Pringle Avenue, Suite 400
   Walnut Creek, CA 94596
4  Telephone:   (925) 943-5000
   Facsimile:   (925) 933-2100
5  mbrown@bgwcounsel.com
   kwenger@bgwcounsel.com
6  agee@bgwcounsel.com

7  Attorneys for Plaintiff
   TYSELLCROUSE, INC.
8
   Ellen A. Cirangle (SBN 164188)
9  Kyle A. Withers (SBN 269459)
   LUBIN OLSON & NIEWIADOMSKI LLP
10 The Transamerica Pyramid
   600 Montgomery Street, 14th Floor
11 San Francisco, CA 94111
   Telephone:   (415) 981-0550
12 Facsimile:   (415) 981-4343
   ecirangle@lubinolson.com
13 kwithers@lubinolson.com
   Attorneys for Defendants and Counterclaimants
14 SWAY MANAGEMENT, LLC; STARWOOD
   WAYPOINT RESIDENTIAL TRUST;
15 WAYPOINT REAL ESTATE GROUP; and
   WAYPOINT HOMES, INC., a California
16 Corporation

17                 UNITED STATES DISTRICT COURT

18                 NOTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 19 TYSELLCROUSE, INC. a Delaware Corporation, | CASE NO. 15-cv-03832-RS |
| 20 | Jury Trial Demanded |
| 21 Plaintiff, | |
| 22 v. | **JOINT STIPULATION AND [~~PROPOSED~~] ORDER RE NEW TRIAL DATE** |
| 23 SWAY MANAGEMENT, LLC, a Delaware Limited Liability Company; STARWOOD | |
| 24 WAYPOINT RESIDENTIAL TRUST, a Maryland Corporation; WAYPOINT REAL | |
| 25 ESTATE GROUP, A California Limited Liability Company; and WAYPOINT | |
| 26 HOMES, INC., a California Corporation; | |
| 27 Defendants. | |
| 28 | |

Trial in this matter was initially set for December 5, 2016. As a result of the year long military deployment of Defendants' primary witness, Richard Rodriguez, that initial trial date was continued until March 19, 2018. On February 9, 2018, due to another military deployment of Mr. Rodriguez, (scheduled for March 15-23, 2018), the Court vacated the March 19, 2018 trial date, and requested that the Parties submit potential new trial dates that they would be available for in August and September of 2018. Pursuant to the direction by the Court, the Parties submit the following dates that they are available for trial during the months of August:

1. August 13, 2018- August 17, 2018   - Jury selection/Trial at 9:00 am
2. ~~August 20, 2018- August 25, 2018~~   - July 19, 2018 at 10:00 am for Pretrial Conference

Due to another trial that Plaintiff's counsel currently has set to start on August 27, 2018 (also in the United States Northern District), Plaintiff would prefer the August 13, 2018 trial date if possible.

Due to other previously scheduled trials, and significant pre-planned personal commitments, there are no dates in September that Plaintiff and its counsel are available. If none of the August dates listed above are available on the Court's calendar, at the Court's request, the Parties can submit potential dates in October and November that they would be available.

Respectfully Submitted:

Dated: February 22, 2018     LUBIN OLSON & NIEWIADOMSKI LLP


/s/ *Ellen A. Cirangle*
ELLEN A. CIRANGLE
Attorneys for Defendants and Counterclaimants
SWAY MANAGEMENT, LLC;
STARWOOD WAYPOINT RESIDENTIAL TRUST;
WAYPOINT REAL ESTATE GROUP, LLC; and
WAYPOINT HOMES, INC.

Dated: February 22, 2018          BROWN, GEE & WENGER LLP


/s/ *Katherine F. Wenger*
KATHERINE F. WENGER
Attorneys for Plaintiff
TYSELL CROUSE, INC.

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1**

Pursuant to Civil L.R. 5-1(i)(3) regarding signatures, Katherine F. Wenger hereby attests that concurrence in the filing of this document has been obtained from each of the other signatories.

Dated: February 22, 2018 /s/ Katherine F. Wenger

                                                                            Katherine F. Wenger

**[PROPOSED] ORDER**

Pursuant to the Stipulation, it is **ORDERED** that:

Dated: February 26, 2018    By: _____
RICHARD SEEBORG
United State District Judge