MICHAEL K. BROWN (SBN 106975)
KATHERINE F. WENGER (SBN 223045)
AUDREY A. GEE (SBN 180988)
BROWN, GEE & WENGER LLP
200 Pringle Avenue, Suite 400
Walnut Creek California  94596
Telephone:     (925) 943-5000
Facsimile:       (925) 933-2100
mbrown@bgwcounsel.com
kwenger@bgwcounsel.com
agee@bgwcounsel.com

Attorneys for Judgment Creditor
TYSELLCROUSE, INC.

Ellen A. Cirangle (SBN 164188)
Kyle A. Withers (SBN 269459)
LUBIN OLSON & NIEWIADOMSKI LLP
The Transamerica Pyramid
600 Montgomery Street, 14th Floor
San Francisco, CA 94111
Telephone:    (415) 981-0550
Facsimile:      (415) 981-4343
ecirangle@lubinolson.com
kwithers@lubinolson.com

Attorneys for Judgment Debtors
SWAY MANAGEMENT, LLC, STARWOOD
WAYPOINT RESIDENTIAL TRUST,
WAYPOINT REAL ESTATE GROUP, LLC, and
WAYPOINT HOMES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| TYSELLCROUSE, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>SWAY MANAGEMENT, LLC, a Delaware Limited Liability Company; STARWOOD WAYPOINT RESIDENTIAL TRUST, a Maryland Corporation; WAYPOINT REAL ESTATE GROUP, LLC, a California Limited Liability Company; and WAYPOINT HOMES, INC., a California Corporation,<br><br>Defendants. | Case No. 15-cv-03832-RS<br><br>**STIPULATION AND ORDER EXTENDING DEADLINES AND HEARING DATES RE: TYSELLCROUSE'S MOTION TO AMEND JUDGMENT TO ADD ALTERNATIVE NAMES AS JUDGMENT DEBTORS**<br><br>Trial Date:         December 2, 2019<br>Jury Verdict:     December 10, 2019 |

This Stipulation is made and entered into between Judgment Creditor TysellCrouse, Inc., a Delaware Corporation ("TysellCrouse"), and Judgment Debtors Sway Management, LLC, a Delaware Limited Liability Company, Starwood Waypoint Residential Trust, a Maryland Corporation, Waypoint Real Estate Group, LLC, a California Limited Liability Company, and Waypoint Homes, Inc., a California Corporation (collectively, "Waypoint"), by and through their respective counsel, with reference to the following:

**RECITALS**

**WHEREAS**, on December 10, 2019, the jury delivered their Verdict following the trial of the above-entitled action;

**WHEREAS**, on February 24, 2020, after post-verdict briefing, Judgment was entered in the above-entitled action in favor of Plaintiff and against Defendants;

**WHEREAS**, none of the Parties appealed the Judgment and the Judgment has become final;

**WHEREAS**, on July 31, 2020, TysellCrouse filed a Motion to Amend the Judgment to Add Alternative Names as Judgment Debtors ("TysellCrouse's Motion to Amend");

**WHEREAS**, the parties agreed to postpone the hearing on TysellCrouse's Motion to Amend and related filing deadlines in anticipation of the parties resolving the issues between them without requiring further action from the Court.

WHEREAS, the Parties stipulate and agree as set forth below.

**STIPULATION**

1   Any opposition to TysellCrouse's Motion to Amend shall be filed on or before  is September 7, 2020.

2.   Any reply in support of TysellCrouse's Motion to Amend shall be filed on or September 14, 2020.

3.   The hearing on TysellCrouse's Motion to Amend shall be continued until September 24, 2020.

//

//

Dated: August 7, 2020                    LUBIN OLSON & NIEWIADOMSKI LLP

By: */s/ Ellen A. Cirangle*

Ellen A. Cirangle
Attorneys for Judgment Debtors SWAY MANAGEMENT, LLC, STARWOOD WAYPOINT RESIDENTIAL TRUST, WAYPOINT REAL ESTATE GROUP, LLC, and WAYPOINT HOMES, INC.

Dated: August 7, 2020                    BROWN, GEE & WENGER LLP

By: */s/ Katherine F Wenger*

Katherine F. Wenger
Attorneys for Judgment Debtor TYSELLCROUSE, INC.

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: August 10, 2020

HON. RICHARD SEEBORG
United States District Judge